# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 8, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack,
Justices

145257 & (5)(6)

In re:

The Honorable Bruce U. Morrow                    SC: 145257
Judge, 3rd Circuit Court
Detroit, Michigan

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The motion to seal the record is considered, and it is DENIED as moot. In the absence of a stipulation waiving confidentiality, MCR 9.221 applies.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 8, 2013                         _____
                                                              Clerk

d0205